# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

RHONDA K. OLIVER

VERSUS

JAMES ROGERS, WARDEN

CIVIL ACTION

NO. 12-2159

SECTION "C" (5)

## AMENDMENT TO APPLICATION FOR HABEAS CORPUS

NOW INTO COURT, pro se, comes Rhonda K. Oliver, who has attached an amendment to the original petition under 28 USC § 2254 for Writ of Habeas Corpus by a person in state custody.

The Petitioner requests this amendment pursuant to Local Civil Rule 3.8W, which states, "A prisoner may file an amendment to a complaint or habeas petition only one time without first obtaining leave of court. The amendment may be stated on the forms for original complaints supplied by the court if clearly labeled as an amendment. If the form is not used, the amendment shall not exceed five typewritten pages. A motion for leave to file a second or subsequent amendment must be accompanied by the proposed amendment." This is the first amendment filed. This amendment's purpose is to add claims to the petition that were unintentionally omitted from the original application.

Please see attached added claim.

Executed (signed) on December 17, 2012

Respectfully submitted,

Rhonda K. Oliver

Rhonda K. Oliver #314600
L.C.I.W., P.O. Box 26, Gemini-2
Saint Gabriel, LA 70776-0026

# GROUND FIVE: Petitioner was denied her Sixth Amendment right to effective assistance of counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner's trial counsel, A. Bruce Netterville was ineffective for not challenging the filing of the August 31, 2001 multiple bill of information, for allowing the Petitioner to be tried for a felony offense, for mentioning in his opening statement that Petitioner had three juicers and placed one of them in her car, and for allowing that state to use her January 5, 1994 theft of goods and her August 7, 1995 conviction to multi bill her again.

(b) If you did not exhaust your state remedies on Ground Five, explain why:

State remedies on Ground Five were all exhausted.

(c) Direct Appeal of Ground Five:
(1) If you appealed from the judgment of conviction, did you raise this issue. ☐ Yes ☑ No
(2) If you did not raise this issue in your direct appeal, explain why:

Ineffective assistance of counsel is properly raised through an application for post conviction relief.

(d) Post-Conviction Proceedings:
(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: Application for Post Conviction Relief
Name and location of the court where the motion or petition was filed:
Twenty-Fourth Judicial District Court, 200 Derbigny Street, Gretna, Louisiana 70054

Docket or case number (if you know): 01-0955
Date of the court's decision: June 28, 2011
Result (attach a copy of the court's opinion or order, if available):
June 28, 2011 ORDER attached

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No
(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed:
Fifth Circuit Court of Appeal, 101 Derbigny Street, Gretna, Louisiana 70054

Docket or case number (if you know): 11-KH-771
Date of the court's decision: September 1, 2011
Result (attach a copy of the court's opinion or order, if available):
September 1, 2011 ruling attached

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
Issue was raised.

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Five:

Petitioner has written several lawyers asking for pro bono assistance. Petitioner has also written Senators and State Representatives.

Executed (signed) on December 16, 2012

*Rhonda K. Oliver*

Rhonda K. Oliver #314600
L.C.I.W., P.O. Box 26, Gemini-2
Saint Gabriel, LA 70776-0026

Legal Mail
=

Clerk's Office, U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, Louisiana 70130