| | |
|---|---|
| 1 | an opening statement? |
| 2 | MR. NETTERVILLE: |
| 3 | Yes, sir, I do. |
| 4 | THE COURT: |
| 5 | You may proceed, sir. |
| 6 | MR. NETTERVILLE: |
| 7 | This is the last time I will be able |
| 8 | to tell you good morning because in five |
| 9 | minutes it will be this afternoon. How |
| 10 | are you all doing? |
| 11 | Okay. This is the part of the trial |
| 12 | where we just say what we think we're |
| 13 | going to prove at trial today and what I |
| 14 | will tell you that we don't have is a lot |
| 15 | of disagreement about the actual facts, |
| 16 | but we have some great disagreement over |
| 17 | the interpretation of those facts. Okay? |
| 18 | I'll tell you exactly what happened. |
| 19 | Ms. Oliver went to the Sears at |
| 20 | Clearview and she purchased a couple of |
| 21 | items. She was looking for wedding gifts. |
| 22 | She's standing in three weddings this |
| 23 | year. Okay? She's looking for wedding |
| 24 | gifts and she purchased a couple of things |
| 25 | but what she really wanted was the juicer. |
| 26 | She purchased them there. She then went |
| 27 | to Oakwood. She saw that they had the |
| 28 | juicers there. She gave the stuff back |
| 29 | and got a gift card for them. She wanted |
| 30 | to purchase three juicers. She could only |
| 31 | purchase two because that's all the money |
| 32 | she had. She purchased two juicers. She |

```
 1      then walked outside and put them in her
 2      car.  She did come back with the bag and
 3      she did come back and show the receipt.
 4      Her intent and what she was always going
 5      to do was to take that juicer downstairs
 6      and hide it in a place because there were
 7      only a couple of juicers left.  They were
 8      on sale.  She was going to place it in
 9      some place in the store where it wouldn't
10      be seen.  She was going to leave and go
11      back and get some money and purchase the
12      last juicer.  That's what her intent was.
13      That's what she wanted to do.  She never
14      intended to leave the store and, in fact,
15      she did not leave the store.  The evidence
16      will show quite clearly that she came
17      right down the escalator.  The security
18      man came up and took her.  She totally
19      cooperated and walked out with him and
20      that's the last thing you're going to see
21      on the particular video.  It was never her
22      intent to steal anything at all and she
23      was not trying to steal it.  She merely
24      wanted to be able to purchase that juicer
25      on sale and that's what she was trying to
26      do.  She had just purchased two other
27      juicers with money.  She's a working lady.
28      She works.  She was never, never, never
29      going to steal that.  If you look at this
30      closely and look at all the facts, you
31      will see if you look at the video very
32      clearly that she never took anything.  She
```

[handwritten annotation: "The video does not show the defendant taking anything."]

14

```
1   A    Yes, after the police arrived.
2   Q    Okay. And when you went to the defendant's
3   vehicle, what, if anything, did you see inside the
4   vehicle, what was recovered?
5   A    There were several items of Sears merchandize
6   that had Sears tags on it, mostly small appliances
7   like mixers, George Foreman Grills.
```
*Jury heard this.*
```
8   MR. NETTERVILLE:
9            Objection.
10           (Whereupon discussion is held outside the
11           hearing of the jury panel)
12  THE COURT:
13           What is your objection?
14  MR. NETTERVILLE:
15           My objection is that they go out to
16           the car and they find numerous items other
17           than the juicers, none of which are
18           stolen, although the report tries to infer
19           that there's something illegal or stolen
20           about it. To my knowledge, it is not the
21           subject of this trial, so the inference is
22           that perhaps there's something illegal and
23           improper about these items being in the
24           car, which is what the report basically
25           intimates. Judge, it just doesn't come in
26           because it's not the subject of this
27           trial. It's bringing in other evidence.
28           And if it is not, then what's the purpose
29           of bringing it in? If he's going to say
30           he went out and recovered one juicer
31           because that's all there could have been
32           out there since she brought back one with
```

```
 1            her that was already paid for, but these
 2            other items are paid for as far as we
 3            know.
 4  MR. BLOCK:
 5            Judge, Mr. Netterville is the one that
 6            made this an issue.  He's the one that
 7            brought up with the other witness what
 8            happened to the other items inferring that
 9            either the police and/or Sears were
10            keeping the property of this woman.  This
11            woman was only charged with one juicer.
12            This witness will testify that the other
13            property was recovered and he was present
14            when it was recovered.  She didn't have
15            receipts for it and the police told her in
16            his presence -- she was told if she
17            presented receipts they would give it back
18            to her.  He's the one that made an issue
19            of this, Judge.  She's not charged with
20            any other crime, and I don't believe that
21            I should be prejudiced by not allowing the
22            jury to hear the full story.
23  THE COURT:
24            I understood that the issue that Mr.
25            Netterville raised was one of the two
26            juicers that was inside the store, not the
27            one that was in the car.  That's what I
28            thought.
29  MR. BLOCK:
30            That was one of the two juicers,
31            correct.
32  THE COURT:
```

Ms. Rhonda K. Oliver #314600
Louisiana Correctional Institute for Women
Post Office Box 26
Gemini 2 - North
Saint Gabriel, Louisiana 70776-0026

Clerk's Office
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, Louisiana 70130

neopost
02/28/2013
US POSTAGE
$02.00